**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SAMANTHA EALEY**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SHIFTSTER, LLC** d/b/a **ESHYFT**,<br><br>Defendant. | Case No. 3:25-cv-15169<br><br>Judge Robert Kirsch<br><br>Magistrate Judge Tonianne J. Bongiovanni |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Samantha Ealey hereby gives notice that her claims in this action against Defendant Shiftster ,LLC d/b/a Eshyft are hereby voluntarily dismissed with prejudice as to her individual claims, and without prejudice as to her class claims, with each party to bear its own costs and attorneys' fees.

Dated: December 15, 2025

By: /s/ Patrick Howard
Patrick Howard (SBN 02280-2001)
**SALTZ MONGELUZZI & BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Telephone: (856) 751-0868
phoward@smbb.com

Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 12/17/25

**CERTIFICATE OF SERVICE**

I, Patrick Howard, hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 15 day of December, 2025.

**SALTZ MONGELUZZI & BENDESKY, P.C.**

By: *<u>/s/ Patrick Howard</u>*

Patrick Howard (SBN 02280-2001)
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Telephone: (856) 751-0868
phoward@smbb.com